UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

UMAR MUHAMMAD,

    Plaintiff,

Case No. 1:19-cv-323

v.

Honorable Paul L. Maloney

BONITA HOFFNER et al.,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date,

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: June 21, 2019           /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge